## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| JARED ROBERT HEDEEN, | Case No. 22-CV-2278 (NEB/DTS) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| JARED RARDIN, | |
| Respondent. | |

The Court has received the August 30, 2022 Report and Recommendation of United States Magistrate Judge David T. Schultz. (ECF No. 33.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 33) is ACCEPTED;

2. The Petition for Writ of Habeas Corpus under 22 U.S.C. § 2241 (ECF No. 1) is DENIED AS MOOT; and

3. The action is DISMISSED.

2

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 18, 2023                BY THE COURT:

                                         s/Nancy E. Brasel
                                         Nancy E. Brasel
                                         United States District Judge